UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  25-CR-80076-CANNON/McCABE

IN RE:

**SEALED INDICTMENT**

_____/

FILED BY____SW____D.C.

**May 29, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**ORDER TO UNSEAL**

This cause came before this Court on the Government's Motion to Unseal. The Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall unseal the Indictment and attached documentation filed under the above-referenced case number.

DONE AND ORDERED at West Palm Beach, Florida, this 29 day of May, 2025.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE