UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80076-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JAMES MCGHOW**,

    Defendant.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 79].  On October 1, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 76] during which Defendant pled guilty to Count 4 of the Indictment [ECF No. 3] pursuant to a plea agreement and a stipulated factual basis [ECF Nos. 77–78].  Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 4, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 3].  No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 79] is **ACCEPTED**.

2. The guilty plea entered by Defendant **James McGhow** as to Count 4 of the Indictment is **ACCEPTED**.

3. Defendant **James McGhow** is adjudicated guilty of Count 4 of the Indictment, which charges Defendant with Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2.

**ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of October 2025.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record